IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL DWAYNE COLEMAN, #560692, Plaintiff, | § § § § | |
| v. | § | 3:11-CV-0462-O (BK) |
| BRAD LIVINGSTON, et al., Defendants. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation ("FCR") in this case. ECF No. 3. Although no objections were filed, Petitioner filed a letter seeking to amend his petition. The Court will construe the letter as an objection to the FCR for purposes of review. The requests in the letter did not address the FCR of the Magistrate Judge, nor would they cure the defect upon which the recommendation to dismiss is based. *See* ECF No. 4.

Having reviewed Petitioner's letter (ECF No. 4), the Court finds that the requests made therein should be and are hereby **DENIED**. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this **8th** day of **April, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**